BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SCAGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00653 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO WAIVE** |
| | ) | **DEFENDANT'S PRESENCE AT** |
| v. | ) | **STATUS APPEARANCE; [PROPOSED]** |
| | ) | **ORDER** |
| JEFFREY SCAGGS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the defendant's presence at the status hearing in the above-captioned matter, presently scheduled for Monday, October 6, 2008, may be waived.  Mr. Scaggs is in custody at the Santa Clara Jail, and would otherwise be transported by the U.S. Marshals.

    The waiver is requested because the parties intend to request a short continuance of this matter when the case is called on Monday.  Presently, the parties are negotiating the terms of a plea agreement, but no final agreement has been reached.

    Mr. Scaggs has been informed of the parties' intentions to request a continuance, and has informed defense counsel that he does not wish to be personally present on Monday.  Mr. Scaggs is not in good health, and he would prefer to remain at the jail rather than be brought to court,

because inmates who are brought for court appearances are generally held in the federal building's holding cell for a lengthy period of time both before and after their court appearances.

Dated: 10/2/08                    _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 10/2/08                    _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

**ORDER**

The parties have jointly requested that the defendant's presence be waived at Monday's hearing.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's presence is waived. The U.S. Marshal shall not transport Mr. Scaggs for the status appearance on Monday, October 6, 2008.

Dated:     October 3, 2008         /s/ James Ware
JAMES WARE
United States District Judge